**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**QUENTIN WOOTEN** **PETITIONER**

**V.** **CASE NO. 4:25-cv-01325-JM-JTK**

**SALINE COUNTY** **RESPONDENT**

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. Petitioner has not filed an objection and the time for doing so has passed. After careful review of the findings and recommendations, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). Because the Court will not issue a certificate of appealability, it certifies that an appeal in forma pauperis would not be taken in good faith. Fed. R. App. P. 24(a)(3)(A).

SO ORDERED this 14th day of October, 2026.

UNITED STATES DISTRICT JUDGE