**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**QUENTIN WOOTEN** **PETITIONER**

**V.** **CASE NO. 4:25-cv-01325-JM-JTK**

**SALINE COUNTY** **RESPONDENT**

**JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the petition for writ of habeas corpus is DISMISSED without prejudice.

SO ADJUDGED this 14th day of October, 2026.

______________________________
UNITED STATES DISTRICT JUDGE